JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA NARVAEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC, HSBC BANK USA N A, LAW OFFICES OF ZIEVE, ENCORE CREDIT CORP, QHL HOLDINGS FUND TEN LLC, ITS SUCCESSORS OR ASSIGNS; M.E.R.S., and DOES 1 through 50 inclusive,<br><br>        Defendants. | Case No.: 2:11-cv-07924-R (JEMx)<br><br>Hon. Manuel L. Real<br><br>**ORDER**<br><br>Date:     November 7, 2011<br>Time:    10:00 a.m.<br>Ctrm.:    8 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    The Motion to Dismiss filed by defendants Ocwen Loan Servicing, LLC (erroneously sued herein as "Ocwen Loan Servicing LLC"), HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home Equity Loan Trust and

---

**[PROPOSED] ORDER**

1

1  for the registered holders of ACE Securities Corp. Home Equity Loan Trust,
2  Series 2006-HE3, Asset Backed Pass-Through Certificates (erroneously sued
3  herein as "HSBC Bank USA N A"), and Mortgage Electronic Registration
4  Systems, Inc. (erroneously sued herein as "M.E.R.S.") came on regularly for
5  hearing on November 7, 2011, at 10:00 a.m., in Courtroom 8 of the above-
6  referenced Court, the Honorable Manuel L. Real presiding. Steven S. Son, Esq.
7  appeared on behalf of moving defendants. No other appearances were made.
8  After considering moving defendants' Motion to Dismiss, all papers filed
9  therewith, the Court's file, the record, and oral argument of the parties and/or their
10 counsel, if any, the Court HEREBY ORDERED THAT:

11      Moving defendants' Motion to Dismiss is hereby sustained in its entirety
12 without leave to amend in its entirety as to all defendants.

14 DATED: __February 24, 2012__

                                        _____
                                        HON. MANUEL L. REAL

**[PROPOSED] ORDER**

2